IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**FILED**

DEC 1 6 2004

C LARRY WARRPES, CLERK
FLORENCE, SC

HESS CYPRESS CYPRESS CYPRUS HILL = EXODUSfully ESM
JEEHOOVER, WETNESS
7. ADVENTURES

_Enter the full name of the plaintiff in this action_

v.

7-9-1992 = 10-01-1992 = 4-15-1994 = CHESTER SOUTH CAROLINA BEAUTALLY SCRONfully AT COUNTY JAEL SEE THE SHAFFERS, WESLEY, STATEMENTAMMENTA TERONALLYESM, AND THOROUGHFARE THE ANDERSON SOUTH CAROLINA STATEMENTAMMEN TATEONALLYESM.

_Enter above the full name of defendant(s) in this action_

Civil Action No. ISBN 0-385-33149-5 TRILOGY
_(to be assigned by Clerk)_

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes ✓    No ___

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:
   Plaintiff: DONNEY SHAWYN COUNCEA COUNCIL, SIR WELLIAM CHARLES MICHEAL MOUNTGOMERYS BAULBEAWARD
   Defendant(s): JOHNMORTHON CHARLES WILLIAMS WHETTMANN WELLIAMBURGSON ROTHERANN EDWARD

2. Court: GREENVILLE MERVECTPLYESM DISTRICOLLYESM SC. SOUTH CAROLENA GREENVILLE
   _(If federal court, name the district; if state, name the county)_

3. Docket Number: ISBN 0-385-33649-5 CODE OF AFFENCESfully HIAS, SIDE SWACIENGfully VEHICLESfully & MOTORS CYCLESfully and HARLEY DAVIDSON, COLOR YELLOW, and 1972 Olive Longos YDoorfully

4. Name of Judge to whom case was assigned: and a HARRY Slidewayfully mytofully at Hwy 85 North the Donnyson Cartefullyson Doorfully  Judge Kindar, Judge Epps, Judge Brunda

5. Disposition: I Donney Shawyn Councia Alduwe Baulbeaward Montgomerys Won all Thoroughfars but two
   _(For example, was the case dismissed? Appealed? Pending?)_ The Donnyson Cartefullyson pendingfullyson, Anderson County Hospitality

6. Approximate date of filing lawsuit: THOROUGHFARE 4-15-1994 AT SCDC A7236 Q2A 123 PCI

7. Approximate date of disposition: 1-22-1995 AND THOROUGHFARE 12-25-1995 AND THOROUGHFARE 1-15-1996

(1)

1

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: LIEBER CORRECTIONLY INSTETUTEONLLY fully ESM bOTH.

B. What are the issues that you are attempting to litigate in the above-captioned case? (S15/964 ?!) (627/1982 =) Com HAS Fully MAFI DOCUEMENTATEONLLY ESM 12-18-2000 AND THE H-06-2003. AND THE H-07-2003. LAND GROUND fully ESM = THE METAPHYSECALLY ESM SOIALY fully ESM = THE GROUND fully ESM.

C. (1) Is there a prisoner grievance procedure in this institution?    Yes yAY    No____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes yAY    No____

When 5-15-2004.!?   Absolutefully ESM,?  Grievance Number (if available) NONE REAS.

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes____    No yAY

E. When was the final agency/departmental/institutional answer or determination received by you? NEVER ANSWERED fully ESM.

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedure in this institution, did you complain to prison, jail, or institutional authorities?    Yes yAY    No____

G. If your answer is YES:

1. What steps did you take? THOROUGHFARE AT FIRST I DID fully ESM ASKED fully ESM /CONVERSATEONLLY fully ESM

2. What was the result? THOROUGHFARE MAS DAGQUETE STATED REQUESTED AND INMATES REQUESTES fully ESM, I DID FI THOSE fully ESM AND GOTEN NEGATEVELLY CORRESPONDANCES fully ESM.

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: DANKEY⁴ SHAWYAI¹⁹ COUNCIA³ GUNTERSON⁽⁰⁾⁷ Foster⁶ #0075 Council    Inmate No.: SCDC 146750 = SCDC 197236 = SKS049 ?   4-27-1999.

Address: 136 WILLOW AVE Campbells THICKETS ROAD, P.O. Box 205, BRIDGEVILLE, SOUTH CAROLINA, 29492. -18←630.

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: INMATES PRISON OFFICERS    Position: THOROUGHFARE SEE 9-15-1989 = S.C. SHAWN H 16-1992 = 6-15-1992 = 7-09-1992 = 9-17-1992 = H-15-1993 = H-27-1993 = 4-15-1994    8-15-1994 = 10-15-1994. N.Y.    S.C.    S.C.    GRANTEVILLE S.C.    GREENVILLE, S.C.    CHESTER, S.C. AND ANDERSON, S.C. GREENVILLE, S.C. Place of Employment: LIEBER CORRECTIONLLY INSTETUTEONLLY.

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*: THOROUGHFARE SEE THE 9-18-1995 AND THOROUGHFARE THE 9-18-1996.!?!

2

## IV. STATEMENT OF CLAIM

*State here as briefly as possibly, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

HADETH ONE =
THOROUGHFARE THE DOCTRINESOLOGESTESMOLOGECALLY DECALOGUE TRILOGY HOROLOGECALLY ADVENTURESFULLY ISM STARTEDFULLYISM AT 324 SUMTER STREET, S.E. ISREAL AEKEN SOUTH CAROLINA 29803 GOLDEN GOOSE 2. AT 8036457727 AT FOSTER -VA STATE OF SOUTH CAROLINA = 6+5+965 AND THOROUGHFARE FROM THE PREVIESTFULLYISM 12+5+964 THOROUGHFARE THAT FOLLOWSFULLYESM ITS PROGOSERSTOAREALLYISMOLOGESTESMOLOGECALLY METHODOLOGY BEAS IDEOLOGESTESMOLOGECALLY NECTORSPHERS CATEONALLYISMOLOGESTESMOLOGECALLY THE NASA GRANDESTATEONALLYESM LAWSFULLYESM. 1-888-273-6278 AT O#7627. AND THOROUGHFARE THE 1-888-271*271 AT O*667. THOROUGHFARE THAT THIS BIBLE PLAY RETHURSELY BY AN VARIETIESFULLYESM INDIVIDUALS THAT HAD=THOSE FULLY THAT IS AT ITS UNMEASURABLYESM OF IT PURPEATRATEDFULLYESM BY AN GROUP OF INDIVIDUALS THAT PROCLAIMDFULLY THAT THEY IS AN GOSPOL MUSICALLY GROUPS THOROUGHFARE ONLY TO LERKSFULLY AT ITS UNCROSSLYUNDATEONALLY HECTORSZECTERSFULLY HOMERSEDLESFULLYOLOGY AT THEIR CAPETALYPUNISHMENTONMENTONMENTATEONALLY = 2 LIVE CREW AND POSEN CLANS. THOROUGHFARE THAT SCROANDFULLYESM ME DONNAS SHYARN COUNCEA ATCHUNC H=BENJAMEN WELLEAM BULLERUM
ACF-136 SIR WELLEAM CHARLES MICHEAL MONTGOMERYS WALTER CECIL LUCAS LUNAS.= HESS CYPRESS CYPRESS CYPRUS HELL. = NASTY D. NICE = SKOOL BEE DEE = H-TOWNS = MR SCARE FACE = DOCTOR TEOWTHENUS RALEIGH WHEANBOER = BONES THUGS=N=HARMONY = OUT KAST = NAS JEFFRY DONMONAS.= SHI = READY FOR THE WORLDFULLYESM.= MOB DEEP = DAMANTEE LU'SWANG GATTIKE = GETO BOYS = M' TUIME. = EZE = THE CLASS BANDFULLYESM.= GUY = TROOP = BREEZ = POOR PEMP = JAGGED EDGE JA RULE = BLACK STREET.= THE COOL THE EGALS GGALES = KEZZ. COMMERDOORSFULLYESM = ZAPP = THE ISLEYS BROTHERS = THE MANHATTEN.= SHE LESTECALLYESM = THE JAZZ BANDFULLYESM = TONY TONEY TONI = POOR'RIGHTEOUSLYESM TEACHERSFULLYESM = NEW JERSEY MASS CHOIR. CAMORON = CAMEO = SHARK HAMMAR. SCHAULERSMAR = DJ SCOOT ⬤ SCOTS. DJ TASK JJ FAZT. THE MESSISSIPPE MASS CHOIR. THE GEORGIA MASS CHOIR. DREW TONI ZAAREALLYESM ZAUGHTSFULLYESM BUTTA NUMBER ONE GUNFERSON FOSTER. = FEAF FEAF NUMBER ONE. = JOSE=UP D=TRAIN WELLEAMS = GRAND NASTY D. TomBomClub.

IV. STATEMENT OF CLAIM - continued.

=Thomas Brown= My Damagementationallyesm involvesmentationmentationallyesm otogestesmotogically televessionallyesm scressmentahmentateonallyesm 7-9-1992. that startedfullyesm the 4-16-1992 thoroughfare that fenestedfully the 4-15-1994. thoroughfare otherfullyesm televessionallyesm scressmentahmentateonallyesm from 6-5-1966 thoroughfare to 3-15-1973 I didfullyesm goten schoolfullyesm worstleyfully than nowfullyesm and thoroughfare from 3-15-1973 to 5-15-1982 thoroughfare it wasfullyesm worldwidefullyesm at its telecastingfullyesm that contaendfullyesm all of enceidencesfullyesm to the 4-27-1984. thoroughfare aspeciallyesm 4-15-1984. = Augusta Georgia at sun set homes apartment ateonally fifthteen street my USA airforcesfullyesm airplane crashkedfully afterfully I goten shotdownfully by an endevidual that an navy corps servicesfully. thoroughfare before I got readyfullyesm to contaendfullyesm an emergencyfullyesm pitts stopfully for to usedfullyesm the commordertoarsefullyesm. thoroughfare I endfully at an hospetalyfullyesm emergencyroomsfullyesm for immedeatesfullyesm surgerysmentateonallyesm. thoroughfare those plotsmenta teonally wasfully from the 7-16-1982 and thoroughfare the 7-25-1982. A peano that I goten the 5-15-1977 and thoroughfare I feldedfullyesm my federallyesm tax re turand penclenmentationallyesm the 4-16-1992. at Isreal Aiken South Carolena sire asencesfullyesm. publec safety police departmentationallyesm at 803644-3911 at 251 Laurens street 29801 and thoroughfare 29802. thoroughfare me and thoroughfare Daniel Clenton Hill, we contenuedfullyesm my Hess crypess cypess cypaus hill thoroughfare unitedfully those problemsfully startedfully naggenfullyesm me that contaendfullyesm the musicallyfullyesm that I wrotefullyesm and thoroughfare he wrotefullyesm howsoeverfully he wantedfullyesm that wasn't neitherfully eitherfully of it its profanetes he tookenfullyesm carefullyesm of the musicallyfullyesm and thoroughfare I backtracked parlement funkey dallconllyfullyesm. fullyesm all the filmsfullyesm the browns Gen 47, 2:6 VHF 179. insect.

4

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

THOROUGHFARE SUCCESSFULLYESM THOSE SAME UNETHNICALLY HATREDLY INDIVIDUALS COULDN'T NETHERFULLYESM THAT IS 2 LIVE CREW AND POISON CLAN MUSIC GROUPS VIOLATEDFULLYESM THE BREACHEOUSLYESM OF PROMISEFULLYESM FOR NETHERFULLY OF BEINGFULLY UNBREACHEOUSLYESM. AND THOSE INDIVIDUALS THAT DOES IF THOSE FULLY GOTEN REALFULLY PRISON SENTENCESFULLY THOROUGHFARE IT IS AN CRIME TO IMPERSONATEDFULLYESM AND TO NAMEDFULLYESM SOME ONE FOR THEIR OWNFULLY ESM FAULTSFULLY. THOROUGHFARE THOSE INDIVIDUAL DID AWOLFULLY FROM DISTRICALLYESM 54 LOT 75 PERRY CORRECTIONALY INSTITUTIONALY THATS WASFULLYESM THE PURPOSEFULLYESM THAT I GOTENFULLYESM THE TWO PLATESFULLY ESM THOROUGHFARE ONE IMBEDEDFULLYESM INDFULLYESM my RIGHT HANDFULLYESM AND THOROUGHFARE THE OTHERFULLYESM my LEFT HANDFULLYESM AFTERFULLY ME AND THE SEX FBI AGENCIESFULLYESM FINISHEDFULLYESM BUSINESSFULLY THE 4-5-1994 = AND THE 8-5-1994 AND THE 10-5-1994. THOROUGHFARE WHEEL THE 4-5-1994 I DID GO TO COURT AT ISREAL AIKEN SOUTH CAROLINA TO AN GENERALLYESM SESSIONALLYESM COURTSROOMSFULLYESM ONDFULLYESM THAT I AM IS SITUNGFULLYESM BACK HERE FOR. AND THOROUGHFARE I DID PROVIDEDFULLYESM AN VCR TAPEFULLYESM AND PROVENDFULLYESM my INNOCENTFULLYESM. I AM IS HELDFULLY AT AN HOSTAGE SITUATIONALLYESM FROM AND FALSELY SEE THE 9-15-1996 AND THE 10-4-1996. SEE H-151996. AND THOROUGHFARE THE 14-15-2000 AND THE 12-06-2000 and THOROUGHFARE THE 12-18-2000.???

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of November, 2004.

_____
Signature of Plaintiff

6-20-12  9-18-19
F.T.L.   I.A.S.

METAPHYSICALLYISM PROPERSTOAREALLYFULLYISM.
PROPERS'TOAREALLYFULLYISM PROPERTIES'TOAREALLYFULLYISM.
THOROUGHFARE HADETH ONE at this 10-14-2004 and THOROUGHFARE The
Wayfullyism you all Containededmentarmentationallyism this letterfullyism
at the Office of the Clerk of Courtfullyism United States
Districallyism Courtsfullyism Columbia, South Carolina 29201=
2431. Officially Businessfullyism GoBSAS#### #13# #431 J=0-17-2420=
Century for AluminEnallyfullyism=002.213=6-15-1982. SunLezarson
FENG IEEE1141½ IQ 18. 54½ % MNOsologistsmologically I.N.S.U.S.
Originallyfullyism=HOHOL. Hottest 
Browns bin 49. 25th. UHF 149. I am to Danney Shawyn Arnecil Dienuot
H6750, 132-236, SK5049, Boulevoard Montgomerys Hunteram Foster
.HOH#5.???? .919-### ??? .9-17-1995 ''1 pc+ 22-6109.
Office Police #0075 Council=SSN 2#8-27-9743, SCDC8648643, NASA
FLIGHT 13. NASA FBI POLICE, spacefullyism Controllerfullyism.=
07603937489 at O #7627. =0766437627 at O #7627.=0766393-1727 at O
#7727 at O #7727, ext O #7627 The FBI Agencesfullyism 800-273-7627
ext O#627. Thoroughfare I didfullyism Backdatacalizm all the
Wayfullyism to 3-15-1959 Late METAPHYSICALLYISM CESULTEXHELUMS
fullyism the Boullevalleyfullyism Policysfullyism=BOULLEVALLEYfullyism.
I didfullyism writerfullyism the Notespherscationallyism that
is aboutfullyism this Lieber Correctionaly facilitiefully my lot
10, I didfullyism wasfullyism assistancefullyism with the FBI
the 7-25-2003 and the Board of Healthfullyism Departmentallyism and Thoroughfare this yearfullyism 9-13-2004 that this Lieber lot
10 Correctionaly facilitiafully must be Evocuatedfully Immediatefully
The Warden here at this Placefully Refusedfullyism to proceed fully of its Contractsfullyism to Evocuatedfully my propertiefullyism
said Hunteram-Foster #0075. I Refusedfully to proseedfullyism
with an Falsefiedfully Bible play Rehursal that scoundfullyism

Me the ☒ 5+5+1987 all the wrongfullyism to Nowafullyisms the 10+4+2004. I am seekingfullyism justiceafullyism abortfullyism this injustically group of individual that is fake correctionaly officers and thoroughfare warden at this Lieber Correctionally Institutionally lot 10 Districallyism [illegible handwritten annotations and dates]

[remainder of page is illegible handwriting with numerous dates, fragments referencing "South Carolina 29829", "Graniteville", "Chappell street", "Ideologestesmologecally", and other unreadable notations]

2004 OCT 18 PM 2:23

USDC CLERK, COLUMBIA, SC
RECEIVED