[Handwritten document, largely illegible. Transcription is approximate.]

3:04-cv-23253

(SENT SCDC)

WHY THIS LIEBER CORRECTIONALLY INSTITUTIONALLY REFUSEDfully OF LETINGfullyism ME FOR REVIEWINGfullyism MY WARDENS JACKETSfullyism. ALL THREE fullyism NUMBERSfullyism ???????? I DEDfullyism REQUESTEDfullyism THE MONTHfullyism of MAY 6TH & MARCH

THOROUGHFARE THE MONTHfullyism of MAY I DEDfullyism REQUESTEDfullyism BOTH WARDENfullyism.

THOROUGHFARE HADITH ONE AT THIS 5-30-2005 AND THOROUGHFARE GATTEKE GOSSEKE ROOTS. FLIGHT 13, NASA, SCDL 5145843. SSN 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 GREENVILLE, SC

AFTERSfullyism THE DAYfullyism THAT I DONNEY SHAWY COUNCIL COUNCIL SCDC 146750 SCDC 197236 SCDC SK 5049 WRITENfullyism

2005 JUN -2 A 9:38

THIS NALLARS'PHERS' CATEONALLYismOLOGISTESMOLOGICALLY I.N.S.F.B.I. METAPHYSICALLYism MARSHERIALLYismOLOGISTESMOLOGICALLY RELIGIONALLYismOLOGISTESMOLOGICALLY LAWSfullyism MENTAN MENTATIONALLYism. ONNOSfullyism GENSSfullyism BIAS (243). OATHESMENTANMENTATIONALLYism IDEOLOGISTESMOLOGICALLY ITS METHODOLOGY METAPHYSICALLYism GONNERS'PHERS' CATEONALLYismOLO GISTESMOLOGICALLY ADVENTURESfullyism BRIEF TESTES fullyism LAWSfullyism. COLUMBSDAIRRIALLYism OLDfullyism ENGLISH DATAZfullyism. BRITANICALLYism. RANDOM HOUSEfullyism CODEANN EARfullyism THE ABSESSfullyism HORPESTHSfullyism CORPSTHSfullyism. SUPERREALLYism NATURESREALLYism GRAVERSTATIONALLYism LAWSfullyism. GBSAS *8* ISS1.4# 3. 002.213. 20 CENTURYFOXfullyism. THOROUGHFARE AT THIS LIEBER CORRECTIONALLY INSTITUTIONALLY I DIDfThoseFully ism ARRIVED fullyism THE 5-15-1997 FROM ONE OF THOSEfully SAME UNETHINICALLY FAULTSfully OF AND THOROUGHFARE AT THE SAME OF ITS SITUATIONALLYism OF THE SAME DAYfullyism THAT WAS fully ism THE 4-16-1992.? AT THAT AFTERS NOONSfullyism P.M. HOURSfully ism AND THOROUGHFARE THE AT THE 7-09-1992 (MURDER OF CHANDRA LEVY) AND THOROUGHFARE AT THE SAME AT THE (S.L.E.D. 9-15-1992.? AND THOROUGHFARE AT THE 10-01-1992.? AND THOROUGHFARE AT THE (DATE OF SHPSU of MURDER:???) 10-09-1992.? AND ALSO THOROUGHFARE AT THE 10-12-1992.? CHANDRA LEVY. AND ALSO THOROUGHFARE THE 11-25-1992.? = MY M.R.I.? THOROUGHFARE I ONLYfullyism ASKEDfullyism AT THEIRSfullyism SERVICES MENT= ANMENTATIONALLYism THAT IS MY ONNOSfullyism CONSTITUTIONALLYism

(SECONDSEDFULLYESM.)

REGHTS'MENTANMENTATEONALLYESM MY FERSTFULLYESM AND ALSO THOROUGHFARE MY MY FEFTHFULLYESM AND THOROUGHFARE ALSO MY SEXFULLYESM AND ALSO THOROUGHFARE MY FOURTHTEENFULLYESM AND THOROUGHFARE MY TWENTSEVENTHFULLYESM AMMENDSMENTATEONALLYESM OF THEIRSFULLY ESM THAT ALLFULLYESM AT THE DATESFULLYESM WASFULLY AT THE OTHERSFULLYESM PARTYSFULLYESM THAT THOSE ENDEVEDUALS DEDFULLY VEOLATEDFULLYESM ME DONNEY SHAWYN COUNCEL COUNCEL. THOROUGHFARE THOSEFULLY ENDEVEDUALS' ANTEES DEDEF THOSEFULLY AGREEDEDFULLYESM FOR NEITHERSFULLY OF THEIRSFULLY HARRASES'MENTANMENTATEONABLYESM. (BY FALSELYFEEDEDFULLY ARRESTMENTANMENTATEONALLY OF THEIRSFULLY PRACTECENGFULLY OF FAKESFULLY NEAANTSFULLY. (OF AN BEBLES PLAYS ENTERS'PERSTATEONALLY) ESM RETHARSELSFULLY SPLENTSFULLYESM'MENTANMENTATEONALLYESM.!?) THAT ES VERYFULLYESM DANGEOUSLYESM.!? 4051993? 4151993.!? AND ALSO THE 4271993.!? I DED WONFULLYESM THE MURDER CASEFULLY ESM AND THOROUGHFARE THE RAPE CASEFULLYESM WHAEL THOROUGHFARE THE 145 SANDY DREVE, BATH SOUTH CAROLENA 29827 CASEFULLYESM. HOUSTON V. LACK. ASTRADA V. WETKOWSKI. FOSTER V. THE STATE.!? THE 4151994. THAT AFTERS'NOONFULLYESM. AT p.m. HOURSFULLYESM. I DED SEE EF THOSEFULLY WHY I WASFULLY DUBBLES JEAPORDEZE AT THE SAME CASEFULLYESM THOROUGHFARE AT THE 10141996. NOW THOROUGHFARE I WONFULLYESM THAT CASEFULLYESM WETH A V.C.R. VHF 179 CASSETTE TAPEFULLYESM.!? WETH THE FBI ASSESTANCES FULLYESM, THE DEPARTMENTATEONALLYESM PROMESFULLYESM THAT THEY WELLS FULLY OF NEITHERSFULLY OF HELDENGFULLYESM ME AT HOSTAGESMENTATEONALLYESM THESEFULLYESM ES THE DATESFULLYESM 4151996.!? THE 5271997.!? THE 6151997.!? THE 7151997.!? THE 4152000 1215 2000.!? THE 8282003.!? THE 3212005.!? THE 3222005.!? THE 3232005.!? (I DED ASKEDFULLYESM TO SEE MY NAMED'IN-TOCKETSFULLYESM. I GOT NEGERTEVELLY COMMUNICATIONSFULLY WHY? BECAUSE)

. BROWN BEN 47. 2621. FROM THE 4151994 COURTSFULLYISM.OP 8151994. ???
Donney Shawn Council Council SK5049.
SMITH ROOM 128. Lieber Correctionally Institutionally
P.O. BOX 205, Ridgeville South Carolina 29472.

RIDGEVILLE SC MAY 31 '05

U.S. POSTAGE 00.37
H METER 552981

United States Districts Courtsfully
Districallyism of South Carolina
Clerk's office. Magistrate Judge.
P.O. BOX 10768, Greenville south
Carolina, 29603.

RECEIVED
MAY 31 2005

SCDC
JUN 18 2005
MAIL ROOM

29603+0768