3-04-23253- HmH -5RM

RECEIVED
USDC CLERK, GREENVILLE, SC

2005 JUN 23  A 9: 29

Mr. & Mrs. Roosevelt Council
623 Hodge Road
Aiken, South Carolina
29801

Donney J. Council
19123CFF-D2-11
430 oaklawn Rd.
Ridger, South Carolina
29669

AUGUSTA GA
20 JUL
1994
PM
309

FURMENS 2HW.
50.42.

LOVE 29 USA

DONNEY SHAWN COUNCIL, COUNCIL, SR. SCI#4,
SMITH ROOM 128 LIEBER CORRECTIONALLY
ENGELEHONVILLE, P.O. BOX 205, RIDGEVILLE SOUTH
CAROLINA, 29472.

RECEIVED
JUN 2 1 2005
MAILROOM
LIEBER CI

SCDC
JUL 15 2005
MAIL ROOM

RECEIVED
USDC CLERK, GREENVILLE, SC
2005 JUN 23  A 9 29

239603/0761

OFFICE OF THE CLERK OF SPECIAL BUSINESS FILM
UNITED STATES DISTRICT DISTRICT OFFICE CLERK COUNTY
P.O. BOX 10768, GREENVILLE, SOUTH CAROLINA, 29603.

RIDGEVILLE SC
JUN 21 '05
H METER 552981
U.S. POSTAGE
0037