THOROUGHFARE HADITH ONE THE 7-04-2005.
THIS is Donney Shanlyn Council Council
SKS049 SCDC 146750 SCDC 197236 SMUHA Room
128. Thoroughfare this is the problemsfully
that I journeyfullyism at thoroughfare
at this lot 10 lieber correctionally
Institutionally facilitiesfully at
these problemsfully that did if those
fullyism workedfully at Perry correctionly
Institutionallyism some of them was
fully Inmatefullyism and thoroughfare
some of them wasfully Employee fullyism
thoroughfare that is workingfully at
this facilitiesfully that is treatingfully
ism at an Hotresfully formalitiesfullyism
with Nitherofully of it Respectedfullyism
Aboutfullyism my Mailsfullyism and
Thoroughfare aboutfullyism my 27th
Ammendamentanmentationallyism of these
Individuals that is treatingfullyism
Me Donney Shanlyn Council Council
Aboutfullyism my Civils Aeronauticalfism
Bondfullyism for Tambridge Hospitalfyism



RECEIVED
USDC CLERK, GREENVILLE, SC
JUL -7 A 11: 28

3:04-23253-HMH

Employees julyions.
Looking full time (2)
Mrs Maggie Howard.
Mrs Brenda J. Reddmen.
Mrs Doris Hairson.
Mrs Denene Marshall

Theispfullyism Positivellyism, Negativellyism positivellyism? Theispfullyism Appearrancefullyism?

Name Shapkystorriallyims That did ifthosefullyims that Workedfullyim at Perry Correctionally Institutionally ism. pacilitiasfullyism. These is my Majorfullyim problemsfully Employee fully (815996 and The 914996.?)

Roweanna Williams

pheabe Wilson          (Robbin Absences)

Fenleacia Eversquakes
        Inmatefully
(Linels Charles Johnarthon Larfeatte)
(Williamburgson
            Dennis Williamburgson Q2B109?
Linels Dale Richee Williamburgson
Dennie Thompson Q2A123?
Robert Johnorton Qualtersburns
Rodney Casing Q2B104?
Cleaven Archea   Q2B221?
    Martin Nixa Q2B208?
George Albert Bush  Q4.
Jim Huff   Q2B208?
Montee Dobson. Q1.
   Lomount Roseman Q2B226?
Jerry Wilmore Q2B204?

Calvin Keith Q26102?
Micheal Middleton Q1?
Kent Williamburyson Q1?
Dorreal Phillips Q26140?
Vernelo Thompson Q3?
Victor parks Q26240?
Melvin Spam Cox Q26204?
Timeithy Jones Q23109? Nileyfully
on problemofullyisors.

Silke Dicescon Q1? (Celuin Currents Q1?
Charles Josephes Currns Q1?)
Thoroughfare for the loationalyism
of These Individuals.

SCDC
JUL 15 2005
MAIL ROOM

Wardez Shawlyn Council
SMHH Room 136, Lieber Correctional Institution
P.O. Box 205, Ridgeville South Carolina 29472

RIDGEVILLE
SC
JUL 05 '05

U.S. POSTAGE
00.37
H METER 552981

Officially beringfullyrom Office of
the Clerk Greenville, S.C. Sheriffs
Department TownintoFamilyrom Officefullyrom
Greited State Districtfullyrom vo
Districts Courtfullyrom, P.O. Box 10768,
Greenville, South Carolina 29603.

Officially beringfullyrom

Dorchester County Council, SK 5049
SMU44 Room 128. Lieber Correctionally Institutionally
P.O. Box 205. Ridgeville, South Carolina 29472.

SCDC
JUL 15 2005
MAILROOM

RIDGEVILLE SC
JUN 20'05
H METER 567934
U.S. POSTAGE 00.37
*********

RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET    ☐ OTHER
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

29472/0205