3-04-23253-HMH-JRM

USDC CLERK GREENVILLE, SC 2005 DEC 22 A 9:19

Khantaoismfullyism PHS Jeffrys Dominicans 87 Heatlicokenfullyism Nasty D. Lhool Bee Hee.

THOROUGHFARE HADITH ONEFULLYISM 12192005 AND THOROUGHFARE THE DAYFULLYISM THIS METAPHYSICALLYISM NALLAASPHERS CATEONABLYISM OLOGISTISMOLOGICALLY BROWN GEN 47, 2621, METHODOLOGY BIASFULLYISM ABSESESFULLYISM HOMPESTHFULLYISM COMPESTHFULLYISM. BLUE, MAGICALLYISMFULLYISM, IDEOLOGISTISMOLOGICALLY, 7L! METAPHYSICALLYISM MARSHALLYISM BONNERSPHERES CATEONABLYISMOLO GISTISMOLOGICALLY FEDERALLYISM CODENNALLYISM 1724 20 CENTURY FOXFULLYISM, THOROUGHFARE ITS RELATEDFULLYISM ONDFULLYISM THE 18TH CENTURYFOXFULLYISM GBS65K9X & X13X. 005. 213. POLICYFULLYISM. 1. & POLICYFULLYISM. 2. THOROUGHFARE THE P-IO. & P-O-I. THE ONNOSFULLYISM 1. NSF667. ONNOSOLOGISTISMOLOGICALLY THE SUPERRAILLYISM NATURALLYISM RELIGIONISTOLOGISTISMOLOGICALLY GRAVERSTATEONABLYISM GRAVERSTYS LAWSFULLYISM NASA, HELMSTHERSFULLYISM SKETINSTHERSFULLYISM BREIESTHESFULLYISM LAWSFULLYISM BARRINTANNICALLYISM. THOROUGHFARE I DONNAS SHYARN COUNCIA AICNUOC COUNCIL 146750 & 197256 & SK5049. Houston Vaucchinnallyism Lack Astradia Vacci nneyiallyism Waltskowshia Jamie Lanences Lafayette Lafeatlee Easter Jesus Christ Battixe Affixexcots Walter Cecil Lucas M. Bueens Weas Dionney Shawyn Whyte Dave Townsman Council SCDC 8645843 SSN 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, THOROUGHFARE I DID IF THOSE FULLYISM ASKEDFULLYISM ALLFULLYISM WARDENS THOROUGHFARE AT THIS LOT 10 AT THIS DISTRICALLYISM 18. THOROUGHFARE FOR MY POLICYSFULLYISM FOR NETHERSFULLY FOR THE LOT 10 USESAGEFULLYISM AT MY LOT 10 AT THIS DISTRICALLYISM 18, THOROUGHFARE I WONT THIS BUILDINGFULLY THAT NAMEDFULLY LIEBER CORRECTIONALLY INSTITUTIONALLY FOR NETHERSFULLYISM AT MY LANDFULLYISM. THOROUGHFARE SEE 7252004!

THOROUGHFARE ALLFULLYISM FROM ALL OF THESEFULLYISM OMNOS FULLYISM COMPLAINTMENTANMENTATIONABLYISM. FROM 8151996 THOROUGHFARE TO THE 3232005. THOROUGHFARE THAT CONTINENEDFULLY ISM THE 4151994. !!!!!??? AN THOROUGHFARE AT NOW FULLYISM AT THE 21 CENTURYFORFULLYISM MILLENNIUMFULLYISM. YEARFULLYISM BREACHESEOUSLYISM OF TRUSTFULLYISM TRUSTWORTHIERSFULLYISM. THOROUGHFARE MY 27 AMMENDSMENTSFULLYISM IS VIOLATEDFULLYISM. BY THIS LOT 10 EMPLOYEESFULLYISM. THOROUGHFARE OF MY MAI. 13189 DOCUMENTATIONABLYISM BE GETINGFULLY MISSINGFULLY THOROUGHFARE THE SAME DAYFULLYISM AFTERFULLY MY RETURNDINGFULLYISM FROM EITHERSFULLYISM [illegible] COURTS TRIALLSFULLYISM. CAREFULLYISM. [illegible]FULLYISM.

From Perry Correctionalyism Institutionalling Insalitionfullyism. !!?
From 1441 !!? Allfullyism at lot 10 at Dustrucallyism [illegible] [illegible] [illegible]
THOROUGHFARE MY GRANDDAUGHTER IS NEITHERSFULLY OF MY SECRETERRABALLY ISM OR THOROUGHFARE NEITHERSFULLY HER ASSOCIATERSFULLYISM. !!!!! OR THOROUGHFARE NEITHERSFULLY HER [illegible]FULLYISM. !!!
Pheabee Wilson Clearen Archer Inez Geuk[illegible]
Monica Joyce Raechi Perry Valintine Robbin Morendy Holdeuces

Thomas Sheyann Council Rcnuoc Council SK5049.
SMUH Room 128 Lieber Correctionaly Institutionaly
P.O. Box 205, Ridgeville South Carolina 29472.

Officially Businessfullyism, Business officefullyism,
United States District Districtallyism Court
Clerk of Courtsfullyism [illegible] of
[illegible] Deedsfullyism &
[illegible] & [illegible], Completefullyism, Competentsfullyism. [illegible]
Landservantsfullyism. & Buildingfully [illegible]
Safetyfullyism Rectorships Cationallyism. P.O. Box 10768
Greenville South Carolina 29603.

'05 DEC 22 A 9:19
USDC [illegible] VILLE, SC

29603+0768-68 B008